**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TYRON R. DENSON, | ) | 3:13-cv-00398-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant's motion for a new response deadline (#10) is granted. Given that appropriations to the United States Department of Justice resumed on October 17, 2013, the defendants shall file their answer to the complaint on or before October 31, 2013. The stay (#9) granted by this court on October 8, 2013, which applied nunc pro tunc from October 1, 2013, is hereby lifted.

IT IS SO ORDERED.

DATED: This 21st day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE