UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TYRON R. DENSON,                              3:13-cv-00398-HDM-WGC

    Plaintiff,

vs.                                                                ORDER ADOPTING
                                                              MAGISTRATE JUDGE'S
CAROLYN W. COLVIN, Acting                     REPORT AND
Commissioner of Social Security               RECOMMENDATION

    Defendant.
_____/

    The court has considered the report and recommendation of the United States Magistrate Judge (#23) filed on July 29, 2014, in which the Magistrate Judge recommends that plaintiff's motion to remand (#16) be denied, that defendant's cross-motion for summary judgment (#20) be granted, and that the decision of the Administrative Law Judge be affirmed.  The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

1  ADOPTS AND ACCEPTS the report and recommendation of the
2 United States Magistrate Judge (#23).  The plaintiff's motion to
3 remand to the Social Security Administration (#16) is denied and
4 defendant's cross-motion for summary judgment (#20) is granted.
5  It is so ORDERED.
6  Dated this 7th day of November, 2014.

                                    _____
                                    UNITED STATES DISTRICT JUDGE